UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 88CR0980-E |
|---|---|---|
| Plaintiff, | ) | ORDER AND JUDGMENT TO DISMISS INDICTMENT AND RECALL ARREST WARRANT |
| v. | ) | |
| ROBERTO BELTRAN-FELIX (2), | ) | |
| Defendant . | ) | |

Having been informed by the Government that defendant ROBERTO BELTRAN-FELIX has been confirmed to be deceased,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant ROBERTO BELTRAN-FELIX, be dismissed and the arrest warrant recalled.

IT IS FURTHER ORDERED that a copy of this order shall be sent to appropriate law enforcement agents as well as to the United States Marshal's Service so that the warrant may be recalled and purged.

**DATED: October 27, 2009**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**